AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois



FILED

DEC 16 2019

CLERK OF THE COURT
CENTRAL DISTRICT COURT
U.S. DISTRICT OF ILLINOIS
URBANA, ILLINOIS

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

2014 red Chevrolet Camaro bearing an Illinois
registration of BR15808, registered to Daniel A. Betty, in
Decatur, IL, further described in Attachment A

)
)
)
)
)
)

Case No.  19-MJ-7 _247_

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

2014 red Chevrolet Camaro, Illinois registration of BR15808, registered to Daniel A. Betty, further described in Att. A

located in the _____Central_____ District of _____Illinois_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §2251(a) and (e) | Sexual Exploitation of a Minor |
| 18 U.S.C. §2252 and 2252A | Trafficking Child Pornography |
| 18 U.S.C. §2422(b) | Enticement of a Minor |

The application is based on these facts:

See attached affidavit of Detective Kaitlin Fisher, Champaign Police Department.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Elly Peirson

*Applicant's signature*

Elly M. Peirson, Assistant United States Attorney

*Printed name and title*

Sworn to before me and signed in my presence.

s/ Eric I. Long

Date: _____12/16/2019_____

*Judge's signature*

City and state:  Urbana, Illinois

ERIC I. LONG, Magistrate Judge

*Printed name and title*

## AFFIDAVIT

Kaitlin Fisher, Detective with the Champaign Police Department, being duly sworn on oath states as follows:

1.  I am a detective with the Champaign Police Department, located in Champaign, Illinois, and have been employed there from September, 2013 to present.  I have over six years in law enforcement with the Champaign Police Department and am currently assigned to the investigations unit.  I have conducted investigations, state and federal, involving computer crimes, and child pornography resulting in arrests and seizures.  I have also been involved in the execution of numerous search warrants.

2.  This affidavit is made in support of an application for a search warrant for a 2014 red Chevrolet Camaro bearing an Illinois registration of BR15808, registered to Daniel A. Betty at 120 South 29th Street, in Decatur, IL, if this vehicle is found in the Central District of Illinois, further described in Attachment A. Based on the information set forth in this affidavit, there is probable cause to believe that within this vehicle there exits fruits, instrumentalities, and evidence of violations of the following federal statutes: Title 18 United States Code, Sections 2251(a) and (e) (Sexual Exploitation of a Minor), Title 18 United States Code, Section 2252 (Trafficking Child Pornography), Title 18 United States Code, Section 2252A (Trafficking Child Pornography), and Title 18 United States Code, Section 2422(b) (Enticement of a Minor), as described in Attachment B.

4.  This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being

1

submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18 United States Code, Sections 2251(a), 2252, 2252A, and 2422(b) are located in the vehicle.

## Statutory Authority

5. This investigation concerns alleged violations of 18 U.S.C. § 2251(a), 2252, 2252A, 2422(b), relating to material involving the sexual exploitation of minors and enticement of minors to engage in criminal sexual conduct.

a. **Sexual Exploitation of a Minor (18 U.S.C. § 2251(a))** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

b. **Child Pornography Trafficking (18 U.S.C. § 2252):** prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

c. **Child Pornography Trafficking (18 U.S.C. § 2252A):** prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either

mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

d.   **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

## Investigation

6.   On Thursday, October 10, 2019, at approximately 2:51 pm, Officer Antwan Funches took a report of a sexual assault from an adult female, R.B.[1], who advised her fourteen-year-old child, Minor Victim 1, had engaged in sexual relations with a male she believed to be nineteen years of age.

7.   According to the report, Minor Victim 1, used a dating application, "Spotafriend," to meet a male known as "Daniel." Daniel initially portrayed himself as a seventeen year-old male on the application.

## Child Forensic Interview with Minor Victim 1

8.   On Tuesday, October 29, 2019, at 10:00 am, Minor Victim 1 was interviewed at the Champaign Child Advocacy Center. During the interview, Minor Victim 1 disclosed she was grounded from her  phone because her mother found out that she "hooked up" with a guy. Minor Victim 1 disclosed that she met the male, who identified himself as "Daniel" through "Spotafriend," which she described as a

---

[1] The identity of this adult female is known to law enforcement, but is being withheld from this document to protect the privacy of the minor victim.  18 U.S.C. §3509(d).

phone application designed to help teenagers meet other teenagers for the purpose of having sex. Minor Victim 1 advised Spotafriend is designed for thirteen-year-old teenagers to nineteen-year-old teenagers. Minor Victim 1 advised Daniel's username was "drake" with numbers after the name, but could not remember the numbers for the username.

9.   She said Daniel's profile portrayed him to be a seventeen-year-old male from Decatur, IL. She described him as approximately six feet tall with brown curly hair but stated he recently cut his hair shorter. Minor Victim 1 said that Daniel sometimes wears eye glasses.

10. Minor Victim 1 said she chose to talk to Daniel because Daniel lived closer than any other males. She advised she and Daniel spoke for a couple of weeks prior to meeting. Minor Victim 1 learned that Daniel works full time at a factory. Daniel told her where he worked but it was an abbreviation with letters, but she could not remember the abbreviation. Eventually the two agreed to meet and engage in sexual intercourse.

11. Minor Victim 1 said Daniel drove a red Camaro and picked her up from West Side Park on October 6, 2019. Minor Victim 1 advised when Daniel was on his way to Champaign, he admitted that he was not seventeen but stated he was nineteen. Minor Victim 1 advised she still agreed to meet with Daniel to have sex. Minor Victim 1 said she and Daniel engaged in vaginal sexual intercourse in the backseat of Daniel's car. She advised Daniel's penis went inside her vagina.

12. Minor Victim 1 also stated she sent nude photographs of herself to Daniel and Daniel also sent photographs of his penis to Minor Victim 1.

### Identification of Daniel Aaron Betty

13. After the CAC interview concluded, R.B. signed a consent to search form for Minor Victim 1's cellular phone. R.B. also provided Minor Victim 1's Spotafriend account user name and password for the account, and consented to law enforcement's search of this account. Detective Fisher could not access Minor Victim 1's account through the Spotafriend application because the account was no longer valid.

14. Champaign Police Department's High Tech Crimes Unit forensic examiner, Detective David Monahan forensically examined the cellular phone. Detective Monahan recovered a photograph from Minor Victim 1's phone that was sent from Minor Victim 1 to R.B. The photograph was of a white male with longer, curly brown hair, and short facial hair. R.B. advised this was a picture of Daniel.

15. Detective Fisher conducted an open search on "Spotafriend" and located a photograph matching the photograph identified as Daniel. She observed the photograph was linked to a user profile with the username "drako9288." This profile portrayed the user as a seventeen year old from Decatur, IL.

16. On November 5, 2019, the Champaign County State's Attorney issued two *subpoena duces tecum* to the company that manages the Spotafriend[2] application,

---

[2] Spotafriend advertises that it is a "swiping app for teens ages 13-19." The application uses the internet and cellular data to connect individuals using the application. According the application description, an individual using the application can "[s]wipe pictures of other teenagers … and swipe right to become friends. If [they] both accept, [they] get a match and can start chatting privately." While the application encourages individuals to "meet in the real world and hookup to live the best life experiences!" The application claims that it "this app is not a teen

MyLOL.net, in Ville de Quebec, QC, Canada. The subpoenas requested basic subscriber information including the users' phone number, email address, connection IP login history, and conversation history for each of the accounts.

17. On November 7, 2019, Detective Fisher received a response from MyLOL.net for each of the accounts that included two spreadsheets, one labeled "IP_history_[target account name]" and the other called "Conversation_[target account name]. Detective Fisher reviewed the information provided for the user profile drako9288 and observed the user profile was created list a date of birth in March of 2002 and an associated email address of dabetty92@icloud.com. Detective Fisher searched public records for Daniel Betty, born in 1992, living in Illinois and learned that there was a Daniel Aaron Betty, born in March of 1992, living in Decatur, Illinois.

18. On Friday, November 8, 2019, Detectives Fisher and Jody Cherry traveled to Minor Victim 1's residence and administered a photo line-up with Minor Victim 1. The photo lineup was compiled of six male subjects, all white with similar features, using photographs from the Florida Department of Corrections website. Minor Victim 1 identified photograph #3 as the individual she met on October 6, 2019.  Photograph #3 was Daniel Aaron Betty.

19. Detective Fisher reviewed the subpoena response for user profile drako9288 and saw an IP address of 162.237.218.142, which she learned, using publically available databases, geolocated to Decatur, IL and was registered to AT&T U-verse.

---

dating app." https://apps.apple.com/us/app/Spotafriend-meet-teens-app/id962892510 (last visited December 6, 2019).

20. On November 13, 2019, the Champaign County State's Attorney issued a *subpoena duces tecum* to AT&T to determine the subscriber for the IP address 162.237.218.142.

21. On Monday, November 18, 2019, Detective Fisher received a response from AT&T and learned that Daniel Betty residing at the 100 block of South 29th Street in Decatur, IL was the listed subscriber for IP address 162.237.218.142, and the account was still active.

22. Detective Fisher also learned the Illinois Secretary of State database that Betty is the registered owner of a 2014 red Chevrolet Camaro bearing an Illinois registration of BR15808.

### Conversation History Between drako9288 and Minor Victim 1

23. On December 12, 2019, United States Magistrate Judge authorized the search and seizure of the Spotafriend conversation history provided by MyLOL.net to law enforcement.

24. Detective Fisher reviewed conversation history between Minor Victim 1 and drako9288 provided by the Canadian Company that administers the application Spotafriend. Minor Victim 1's profile indicates that she is 14 years old.

25. The communication between Minor Victim 1 and drako9288 appears to have started on 9/23/2019 with drako9288 sending messages to Minor Victim 1 seeking sexual activity as follows:

| drako9288 | 9/23/2019 13:45[3] | Hey cutie how're you today |
|-----------|--------------------|----------------------------|

---

[3] According to the email from MyLOL.net, included with the conversation history and IP data, all time stamps noted are in Eastern time.

| Minor Victim 1 | 9/23/2019 13:49 | Good |
|---|---|---|
| Minor Victim 1 | 9/23/2019 13:49 | You? |
| drako9288 | 9/23/2019 13:50 | I'm good laying down a bit in the mood tbh |
| Minor Victim 1 | 9/23/2019 13:55 | Well I can\u2019t help you out until later if your \u201cin the mood\u201d cause I\u2019m at school |
| drako9288 | 9/23/2019 13:56 | Yeah I figured |
| drako9288 | 9/23/2019 13:57 | Would you want to meet up Friday or Saturday cutie? |
| Minor Victim 1 | 9/23/2019 13:59 | Yea:) |
| drako9288 | 9/23/2019 14:01 | Lol want me to show you my cock? |
| Minor Victim 1 | 9/23/2019 14:01 | Yes |
| drako9288 | 9/23/2019 14:02 | Photo attached |
| drako9288 | 9/23/2019 14:07 | Think you can take it all? |
| Minor Victim 1 | 9/23/2019 14:11 | Maybe |
| drako9288 | 9/23/2019 14:11 | We\u2019ll just have to wait and see I guess |
| drako9288 | 9/23/2019 14:12 | What's the most you've done |
| Minor Victim 1 | 9/23/2019 14:14 | I\u2019m sadly still a virgin |
| drako9288 | 9/23/2019 14:15 | That's fine ;) |
| drako9288 | 9/23/2019 14:16 | You ever have your pussy eaten |
| Minor Victim 1 | 9/23/2019 14:17 | No |
| drako9288 | 9/23/2019 14:18 | Well looks like we have a few things to do |

26. Later in the chat, drako9288 asks Minor Victim 1 if she has "any pics" and encourages Minor Victim to send him nude images.  The conversation history indicates that Minor Victim 1 sent images to drako9288, several times on 9/23/2019 and in the days that followed, but does not reveal the content of the images.

27. The user, drako9288 specifically asks Minor Victim 1 to produce images for him that depict sexually explicit conduct and seeks original images that he directs Minor Victim 1 to create just for him.  For example, this conversation occurs on September 24, 2019:

| drako9288 | 9/24/2019 8:36 | Why does it say reply on the bottom of the nude btw |
|---|---|---|
| Minor Victim 1 | 9/24/2019 8:38 | Oops lol it\u2019s because I took that one and sent it to myself about a week ago I can send you a new one if you\u2019d like I was just busy and I didn\u2019t want to keep you waiting |
| drako9288 | 9/24/2019 8:41 | Yes please |
| Minor Victim 1 | 9/24/2019 8:45 | Photo attached |
| Minor Victim 1 | 9/24/2019 8:45 | Photo attached |
| drako9288 | 9/24/2019 8:45 | Yummy |
| drako9288 | 9/24/2019 8:46 | You want me to fill you full of cum? |
| Minor Victim 1 | 9/24/2019 8:47 | Yes |
| drako9288 | 9/24/2019 8:47 | Can I see you put two fingers in that little pussy |
| Minor Victim 1 | 9/24/2019 8:51 | I can\u2019t rn I just left for school |
| Minor Victim 1 | 9/24/2019 8:51 | I will later though |

28. Using this Spotafriend conversation history, Detective Monahan was able to compare times and dates of several conversations between suspect and victim to data extracted from the victim's device. On September 26, 2019, user drako9288 has a conversation with Minor Victim 1 on the Spotafriend application about Minor Victim 1 shaving her pubic hair. The user, drako9288 asks her to shave her pubic hair and she initially says she will not. Later in the conversation, Minor Victim 1 says she will shave her pubic hair, and then appears to send a picture to drako9288, although no picture is visible in the data received from the company that administers the application. Drako9288 acknowledges receipt of the image on September 29, 2019.

| drako9288 | 9/26/2019 8:50 | You going to shave it for me? |
|---|---|---|
| Minor Victim 1 | 9/26/2019 9:01 | Probably not I\u2019ve never shaved down there before |
| Minor Victim 1 | 9/26/2019 9:01 | I\u2019ll shave my legs if you\u2019d like lol |
| drako9288 | 9/26/2019 14:51 | Yes lol |
| Minor Victim 1 | 9/26/2019 16:48 | I\u2019m gonna try to shave my pussy but just know if it goes bad and it\u2019s uneven or I cut myself or something I\u2019m blaming you doofus |
| Minor Victim 1 | 9/26/2019 21:19 | Photo attached |
| Minor Victim 1 | 9/26/2019 21:20 | I did it and I probably could\u2019ve taken better pictures but what do you think? |
| Minor Victim 1 | 9/27/2019 8:15 | Hey |
| Minor Victim 1 | 9/27/2019 8:38 | You there? |

| Minor Victim 1 | 9/28/2019 10:00 | Hey |
| drako9288 | 9/29/2019 1:59 | Hey sorry I had to go to a wedding this weekend very little reception in the woods where it was |
| drako9288 | 9/29/2019 2:00 | Yummy shaved pictured |

29. Additionally, Detective Monahan located a thumbnail image file, "5005.JPG" (located at /var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/101APPLE/ IMG_l404.JPG/5005. JPG) on the device with a created timestamp of 09/26/2019 8:05:03 PM (UTC -5) which appeared to be of a vagina with no pubic hair. The time stamp of this image is consistent with the timeline of the chats and appears to have been taken for and at the direction of the user drako9288.

30. Detective Monahan also located another thumbnail image in Minor Victim 1's cell phone extraction with the file name, "5005.jpg" (located at /var/mobile/ Media/PhotoData/Thumbnails/V2/DCIM/101APPLE/IMG_1401.JPG/5005.JPG) on the device with a created timestamp of 9/26/2019 7:41:40 AM(UTC-5). This image depicts a vagina with two fingers inserted in it, consistent with drako9288's request on September 24, 2019, "Can I see you put two fingers in that little pussy."

31. The Spotafriend conversation history appears to corroborate Minor Victim 1's statement that she and Betty met on October 6, 2019 and engaged in sexual intercourse. The following are excerpts from the conversation on October 6, 2019:

| drako9288 | 10/6/2019 11:56 | So are you wanting to meet a different time? |
| Minor Victim 1 | 10/6/2019 11:58 | Yes |

...

| drako9288 | 10/6/2019 12:08 | Okay |
|---|---|---|
| Minor Victim 1 | 10/6/2019 13:27 | Just let me know when you\u2019re leaving and when your about fifteen minutes away so I have enough time to walk to the park |
| drako9288 | 10/6/2019 14:39 | Let me know when I should leave |
| drako9288 | 10/6/2019 14:41 | Hey I gotta be honest with you I'm really 19 |
| Minor Victim 1 | 10/6/2019 14:48 | Yea I kinda figured |
| Minor Victim 1 | 10/6/2019 14:48 | I don\u2019t mind though |
| drako9288 | 10/6/2019 14:54 | Lol I'm trying to thing how were going to do this I drive a sports car |
| drako9288 | 10/6/2019 14:58 | Your friend is messaging me |
| Minor Victim 1 | 10/6/2019 15:00 | Yea sorry I should\u2019ve warned you |
| drako9288 | 10/6/2019 15:01 | Telling me I'm going to go to jail |
| Minor Victim 1 | 10/6/2019 15:03 | I\u2019m really sorry I shouldn\u2019t have said anything to her I didn\u2019t know she was gonna start going off on you |
| drako9288 | 10/6/2019 15:05 | Is she going to report me to the cops |
| Minor Victim 1 | 10/6/2019 15:07 | No |
| drako9288 | 10/6/2019 15:08 | Are there any places to park in that box the app has |
| Minor Victim 1 | 10/6/2019 15:09 | We have all of downtown Champaign that we can park in I\u2019m sure we can probably find a spot |

...

| drako9288 | 10/6/2019 15:28 | I live in Decatur |
|---|---|---|

...

| drako9288 | 10/6/2019 16:00 | What time are you thinking now |
|---|---|---|
| Minor Victim 1 | 10/6/2019 16:01 | I\u2019m just about to leave so probably about 4:30-5 |
| Minor Victim 1 | 10/6/2019 16:13 | 4:45 |
| drako9288 | 10/6/2019 16:14 | Okay |
| drako9288 | 10/6/2019 16:15 | Are you getting wet thinking about it? |
| Minor Victim 1 | 10/6/2019 16:15 | Really wet |
| drako9288 | 10/6/2019 16:16 | I like the idea of you taking your clothes off some when you get into the car |
| Minor Victim 1 | 10/6/2019 17:29 | Let me know when you get here |
| drako9288 | 10/6/2019 17:35 | I'm in Champaign |
| Minor Victim 1 | 10/6/2019 17:36 | You remember which park you\u2019re going to right? |
| drako9288 | 10/6/2019 17:37 | Yes |
| drako9288 | 10/6/2019 17:45 | Where to park |
| drako9288 | 10/6/2019 17:48 | I'm parked on the north side of the park |
| Minor Victim 1 | 10/6/2019 17:49 | I don\u2019t know directions lol I\u2019m kinda stupid |
| drako9288 | 10/6/2019 17:49 | Are you wearing green? |
| Minor Victim 1 | 10/6/2019 17:49 | Yes |
| drako9288 | 10/6/2019 17:49 | Look straight forward |
| Minor Victim 1 | 10/6/2019 17:50 | K |

| drako9288 | 10/6/2019 17:50 | Two door car |
|---|---|---|
| drako9288 | 10/6/2019 18:54 | Did you enjoy it? |
| Minor Victim 1 | 10/6/2019 18:55 | Yes |
| drako9288 | 10/6/2019 18:58 | Told you my car isnt big lol |
| Minor Victim 1 | 10/6/2019 18:59 | It was me sized if you were the same size as me it would have been the perfect size |
| drako9288 | 10/6/2019 18:59 | It's meant for drag racing lol |
| drako9288 | 10/6/2019 19:01 | In town it's too powerful |
| Minor Victim 1 | 10/6/2019 19:02 | If my mom didn\u2019t have that stupid app on my phone we could\u2019ve gone out of town a little bit |
| drako9288 | 10/6/2019 19:03 | What'd she say when you got home |
| Minor Victim 1 | 10/6/2019 19:06 | I haven\u2019t gotten there yet |
| drako9288 | 10/6/2019 19:07 | I gotta check on my sister when I get in town |
| Minor Victim 1 | 10/6/2019 19:37 | That was a lot more fun than I thought it would be even though I was shaking the entire time |
| Minor Victim 1 | 10/6/2019 19:42 | My mom didn\u2019t suspect anything btw |
| drako9288 | 10/6/2019 19:52 | Good I'm glad you enjoyed it |
| Minor Victim 1 | 10/6/2019 20:20 | Did you enjoy it though? Because I don\u2019t want to keep doing this if I\u2019m bad at it and you didn\u2019t like it |
| Minor Victim 1 | 10/6/2019 21:48 | Can you check and see if I left my bracelet in your car? |
| drako9288 | 10/7/2019 14:16 | Yeah what does it look like. And I def enjoyed it |

| Minor Victim 1 | 10/7/2019 14:34 | It\u2019s got rainbow beads and black beads |
| Minor Victim 1 | 10/7/2019 19:18 | Hey |
| Minor Victim 1 | 10/8/2019 7:51 | Did you look for my bracelet yet? |
| drako9288 | 10/8/2019 9:00 | Yeah it's in my glove box |
| Minor Victim 1 | 10/8/2019 9:02 | Ok |

32. On November 22, 2019, Sixth Judicial Circuit Judge Roger Webber authorized the search of Daniel Betty's residence on 100 block of South 29th Street in Decatur, Illinois. Betty was present and agreed to speak to Detective Fisher after being advised of his *Miranda* rights.

33. Betty acknowledged familiarity with the dating application Spotafriend, but claimed that he had not used it since he was 19 years old and specifically denied using it in October 2019. Betty stated that he met and engaged in sexual relations with people he met through various dating applications, including Spotafriend, in the past, but denied doing so in October 2019. Betty claimed the last time he met anyone was when he was 19. As Detective Fisher confronted Betty with additional evidence, he became more somber and quiet in his responses, at times shaking, and finally said that he was fairly certain his life was ruined.

### Computers and Child Pornography

34. Based on my training, experience in numerous related investigations and search warrants, and the experience of other detectives I have talked with, I know that it is common for items of digital media, including but not limited to laptop computers, flash

drives, cameras, cell phones, and digital music devices to be transported or stored in motor vehicles. I know that because of the relatively small sized nature of digital media, including those listed above, that there is equal reason to believe that such items can be found on a subject's person or in their motor vehicle. I also know that even when these digital media devices have been stored for months or years, digital evidence can often be recovered from them.

35. I also know based on my training and experience and my research and discussions with other law enforcement officers that a 2014 Chevrolet Camaro is likely to come with an installed entertainment system that contains Global Positioning System (GPs) navigation. https://my.chevrolet.com/how-to-support/entertainment-connections (last visited December 13, 2019). This system can contain location information that is accessible to forensic examiner and may reveal the location of the vehicle, destinations entered, and other travel information and data relevant to this investigation.

FURTHER AFFIANT SAYETH NAUGHT.

s/ Kaitlin Fisher

_7125_

Kaitlin Fisher
Detective, Champaign Police Department

Sworn and subscribed to before me this 16th day of December, 2019.

s/ Eric I. Long

ERIC I. LONG, Magistrate Judge
United States District Court

16

## ATTACHMENT A
### Property to Be Searched

A 2014 red Chevrolet Camaro bearing an Illinois registration of BR15808, registered to Daniel A. Betty at 120 South 29th Street, in Decatur, IL, provided this vehicle is located within the Central District of Illinois.

**ATTACHMENT B**
*Particular Things to be Seized*

1.     Computer(s), computer hardware, computer software, removable digital media, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to:  visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2.     Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, P2P software.

3.     Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the possession, receipt, or distribution of child pornography as defined in Title 18, United States Code, Section 2256(8) or to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

4.     In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in Title 18, United States Code, Section 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), or child erotica.

5.     Any and all address books, names, and lists of names and addresses of individuals who may have been in communication by use of the computer or by other means for the purpose of distributing or receiving child pornography as defined in Title 18, United States Code, Section 2256(8) or visual depictions of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

6.     Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce by any means, including, but not limited to, by the United States Mail or by computer, any child pornography as defined in Tile 18, United States Code, Section 2256(8) or any

2

visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

7. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the receipt, transmission, or possession of child pornography as defined in Title 18, United States Code, Section 2256(8) or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

8. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to whose with an interest in child pornography.

9. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

12. Any and all visual depictions of minors.

13. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to the preparation,

purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce by any means, including by the United States Mail or by computer, any child pornography as defined in Title 18, United States Code, Section 2256(8) or any visual depiction of minors engaged in sexually explicit conduct,  as defined in Title 18, United States Code, Section 2256(2).

14. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

15. Any and all notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

16. Evidence indicating the account owner's state of mind as it relates to the crime under investigation.

17. Evidence of sexual interest in minors and of solicitation of minors for sexually explicit conduct.

18. A bracelet with black and rainbow beads.

19. Any GPS, location, or travel navigation information showing the driver's location, travel pattern, or destination between September 23, 2019 and October 23, 2019, including to Champaign, IL.